**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| Edward Fowler, | : | |
| Plaintiff | : | Civil Action 2:11-cv-106 |
| v. | : | Judge Marbley |
| Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the January 3, 2012 Order, the Court ADOPTED the Report and Recommendation.  DENIED Plaintiff's motion for summary judgment, GRANTED the Defendant's Motion for Summary Judgment.  The decision of the Commissioner of Social Security was AFFIRMED.  JUDGMENT is entered for the Defendant.  This action is DISMISSED.

Date: **January 3, 2012**                         **James Bonini, Clerk**

                                              s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk